MICHAEL PODJESKI, as Administrator of AUGUST PODJESKI, Otherwise Known as AUGUST PURDY, Deceased, Appellant, *v.* ELLICOTT SQUARE COMPANY OF BUFFALO, Respondent.

*Podjeski* v. *Ellicott Square Co. of Buffalo,* 51 App. Div. 617. affirmed.
(Argued March 20, 1901; decided April 4, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 9, 1900, affirming a judgment in favor of defendant entered upon a nonsuit granted at a Trial Term.

*John Laughlin* for appellant.

*John G. Milburn* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

In the Matter of the Judicial Settlement of the Accounts of J. MELVIN ADAMS et al., as Administrators of WILLIAM COSSEY, Deceased.

ORSON W. SHELDON et al., Appellants ; MARY A. COSSEY, Respondent.

*Matter of Adams,* 51 App. Div. 619, affirmed.
(Argued March 21, 1901; decided April 4, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, made March 6, 1900, modifying, and affirming as modified, a decree of the Washington County Surrogate's Court judicially settling the accounts of J. Melvin Adams, as administrator, and Mary A. Cossey, as administratrix of William Cossey, deceased, and discharging the sureties upon their bonds.

*C. H. Sturges* for appellants.

*J. Sanford Potter* for respondent.

Order affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.